# United States Court of Appeals
## For the First Circuit

No. 09-1330

UNITED STATES OF AMERICA,

Petitioner, Appellee,

v.

JEFFREY SHIELDS,

Respondent, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 13, 2011 is amended as follows:

On page 9, line 2 of footnote 2, replace "note 2" with "note 1"

On page 23, lines 5-6 of the continuation of footnote 12, replace "note 5" with "note 4"

On page 28, line 1 of footnote 15, replace "note 9" with "note 8"